# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 9, 2022

Lyle W. Cayce
Clerk

No. 21-40746
Summary Calendar

Iron Thunderhorse,

*Plaintiff—Appellant*,

*versus*

Bryan Collier; Lannette Linthincum; Kimberly Cotton;
Daniel Dickerson,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:21-CV-34

---

Before Stewart, Duncan, and Wilson, *Circuit Judges*.

Per Curiam:*

Iron Thunderhorse, Texas state prisoner # 624391, appeals from a magistrate judge's order instructing him to pay an initial partial filing fee of $1.67 within 30 days and to pay monthly installments thereafter until the full

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

filing fee was paid.  We lack jurisdiction to address Thunderhorse's appeal. *See Donaldson v. Ducote*, 373 F.3d 622, 624-25 (5th Cir. 2004); *Thompson v. Drewry*, 138 F.3d 984, 985-86 (5th Cir. 1998).

Accordingly, the appeal is DISMISSED for lack of jurisdiction.